■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY L. INGERSON, Appellant. [689 NYS2d 905] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Sodomy, 1st Degree.) Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Callahan, JJ.